AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

ROBERT FAFARD

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1828-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  June 22, 2004  in  Worcester  county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) knowingly transport and ship in interstate commerce a visual depiction, the producing of which involves the use of a minor engaging in sexually explicit conduct, which is of such conduct,

in violation of Title  18  United States Code, Section(s)  2252(a)

I further state that I am a(n)  FBI Special Agent  and that this complaint is based on the following
                                    Official Title
facts:

set forth in the attached affidavit of Special Agent Albert D. Lamoreaux

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

Date  11-8-04   at   Worcester, MA
                       City and State

U.S. Magistrate Judge Charles B. Swartwood, III
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.