AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| ROBERT FAFARD | CASE NUMBER: 04-1828-CBS |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ROBERT FAFARD_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly transporting and shipping in interstate commerce a visual depiction, the producing of which involves the use of a minor engaging in sexually explicit conduct, and which is of such conduct,

in violation of
Title __18__ United States Code, Section(s) __2252(a)__

Charles B. Swartwood, III
Name of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

November 8, 2004 Worcester, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
8 White Birch Drive Worcester, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/8/04 | Albert D. Lamoreux | /s/ Lamoreux |
| DATE OF ARREST 11/10/04 | Special Agent - FBI | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Robert A. Fafard

ALIAS:

LAST KNOWN RESIDENCE: 8 White Birch Drive, Worcester, MA 01602

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: 1944 - pob not known

DATE OF BIRTH (4 digit year): 1944

SOCIAL SECURITY NUMBER (last 4 digits only): 5887

HEIGHT: 5*8"                                WEIGHT: unk.

SEX: male                                   RACE: white

HAIR: white                                 EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO: Green Hyundia Accent

INVESTIGATIVE AGENCY AND ADDRESS: FBI HUDSON, MA