AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF          MA

| UNITED STATES | | | | | EXHIBIT AND WITNESS LIST | | |
|---|---|---|---|---|---|---|---|
| V. | | | | | | | |
| ROBERT FAFARD | | | | | Case Number: 04-1828-CBS | | |
| PRESIDING JUDGE<br>Charles B. Swartwood, III | | | | | PLAINTIFF'S ATTORNEY<br>HENNESSY | | DEFENDANT'S ATTORNEY<br>BLACK |
| TRIAL DATE (S)<br>11/15/2004 | | | | | COURT REPORTER<br>3:29 P | | COURTROOM DEPUTY<br>Roland |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | | |
| | | | | | Witnesses | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | Exhibits | | |
| 1 | | 11/15/04 | X | X | Affidavit in Support of Complaint | | |
| 2 | | 11/15/04 | X | X | Picture of RI Map | | |
| 3 | | 11/15/04 | X | X | Copy of Mapquest from Dft's address to RI | | |
| 4 | | 11/15/04 | X | X | Written log by Dft | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages