UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-40027-FDS

UNITED STATES OF AMERICA

V.

ROBERT FAFARD

### MOTION TO MODIFY TERMS AND CONDITIONS OF DEFENDANT'S RELEASE

Now comes the Defendant, Robert Fafard, and hereby moves this honorable court to modify his terms of release to allow him to visit his daughter from 3 p.m.-11 p.m. on December 24, 2004 to celebrate Christmas with his family.

Alan J. Black, Esquire
Law Offices of Alan J. Black
1383 Main Street
Springfield, MA 01103
(413) 732-5381
Fax No.: 413-739-0446
BBO # 533768

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-40027-FDS

UNITED STATES OF AMERICA

V.

ROBERT FAFARD

### CERTIFICATE OF SERVICE

    I, Alan J. Black, Esq. do hereby certify that I have served a copy of the foregoing Motion to Modify Terms and Conditions of Defendant's Release to by mailing first class postage paid to the Office of the United States Attorney, 595 Main Street, Worcester, MA 01608 on this 15th day of December 2004.

Alan J. Black, Esq.