UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,           )
                                    )
        v.                          )   CRIMINAL ACTION
                                    )   NO. 04-40027-FDS
ROBERT A. FAFORD,                   )
        Defendant,                  )
_____ )

INITIAL STATUS REPORT
January 31, 2005

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

The Government has met its obligation in making automatic discovery and counsel for Mr. Fafard has requested additional time to review, with his client, the discovery produced by the Government. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on March 4, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding

from the Speedy Trial Act, the period from December 29, 2004 (date of expiration of prior order of excludable time) through March 4, 2005 (date by which Mr. Fafard and his counsel will have reviewed discovery produced by the Government).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, May 13, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE