UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROBERT A. FAFORD, )<br>Defendant, )<br>) | CRIMINAL ACTION<br>NO. 04-40027-FDS |

### ORDER OF EXCLUDABLE TIME
### January 31, 2005

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from December 29, 2004 (date of expiration of prior order of excludable time) through March 4, 2005 (date by Mr. Fafard and his counsel will have reviewed discovery produced by the Government) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE