# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
          v.                   )    CRIMINAL ACTION
                               )    NO. 04-40027-FDS
ROBERT A. FAFARD,              )
          Defendant,           )
_____)
```

### STATUS REPORT
### March 4, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

Counsel for the Government and Mr. Fafard are making arrangements for Mr. Fafard to view material downloaded from Mr. Fafard's computer. Counsel for Mr. Fafard has requested additional time for that purpose. I have granted that request.

2. Plea Negotiations

Counsel for the parties have requested time to initiate discussions to determine whether or not this case can be resolved without a trial. I have granted that request.

3.   <u>Further Status Conference</u>

A further status conference shall be held in this case on April 5, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

4.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from March 4, 2005 (date of expiration of prior order of excludable time) through April 5, 2005 (date by which discovery shall be completed and plea negotiations initiated).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, June 14, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE