UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
         v.                   )   CRIMINAL ACTION
                              )   NO. 04-40027-FDS
ROBERT A. FAFARD,             )
         Defendant,           )
_____)
```

STATUS REPORT
April 13, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

The Government has completed its obligation for automatic disclosure. However, Mr. Fafard's counsel has requested additional time to conduct an investigation concerning several allegations made by the Government in this Indictment. I have granted that request.

2. Substantive Motions

Mr. Fafard intends to file a Motion to Suppress and that motion shall be filed by May 12, 2005. The Government shall file its opposition to that motion by June 3, 2005.

3.   <u>Final Status Conference</u>

A final status conference shall be held in this case on June 8, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

4.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from April 5, 2005 (date of expiration of prior order of excludable time) through June 3, 2005 (date by which the Government is to file its opposition to Mr. Fafard's Motion to Suppress). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, August 16, 2005</u>.

                                              /s/Charles B. Swartwood, III
                                              CHARLES B. SWARTWOOD, III
                                              CHIEF MAGISTRATE JUDGE