UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-40027-FDS

UNITED STATES OF AMERICA

V.

ROBERT FAFARD


## ASSENTED TO MOTION TO CONTINUE

Now comes the Defendant, Robert Fafard, in the above-entitled matter and respectfully requests that he may have an additional three weeks from May 12, 2005 to file his motions. He further requests that the entire schedule be extended out as would be necessary for the allowance of this motion. The reasons for this motion are as follows:

1.    Attorney for the Defendant is preparing two first-degree murder trials, Commonwealth v. Michael Cobbin and Commonwealth v. Jesus Gamboa;

2.    In addition Attorney for the Defendant is also preparing two first-degree murder appeals, Commonwealth v. Randy Silva and Commonwealth v. Clyde Thomas.

Assistant United States Attorney David Hennessy has assented to this motion.

Alan J. Black, Esquire
Law Offices of Alan J. Black
1383 Main Street
Springfield, MA  01103
(413) 732-5381
BBO # 533768


David Hennessy

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-40027-FDS

UNITED STATES OF AMERICA

V.

ROBERT FAFARD

## CERTIFICATE OF SERVICE

I, Alan J. Black, Esq. do hereby certify that I have served a copy of the foregoing Assented to Motion to Continue to Assistant United States Attorney David Hennesy, at the U.S., Attorney's Office, 595 Main Street, Worcester, MA 01608 on this 12th day of May 2005.

Alan J. Black, Esq.