UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
        v.                    )    CRIMINAL ACTION
                              )    NO. 04-40027-FDS
ROBERT A. FAFARD,             )
        Defendant,            )
_____)
```

STATUS REPORT
May 23, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Substantive Motions

The parties have requested additional time for Mr. Fafard to file his substantive motions and for the Government to respond to those motions.  I have granted that request.  Mr. Fafard shall file his Motion to Suppress by June 3, 2005 and the Government shall file its opposition to that motion by June 24, 2005.

2. Further Status Conference

A further status conference shall be held in this case on June 27, 2005, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from June 3, 2005 (date of expiration of prior order of excludable time) through June 24, 2005 (date by which the Government shall file its opposition to Mr. Fafard's Motion to Suppress). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, September 2, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE
