## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                                )
UNITED STATES OF AMERICA        )
                                )
          v.                    )     CRIMINAL ACTION
                                )     NO. 04-40027-FDS
ROBERT A. FAFARD,               )
          Defendant,            )
_____)
```

## ORDER OF EXCLUDABLE TIME
## May 23, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from June 3, 2005 (date of expiration of prior order of excludable time) through June 24, 2005 (date by which the Government shall file its opposition to Mr. Fafard's Motion to Suppress) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE