UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
        v.                     )    CRIMINAL ACTION
                               )    NO. 04-40027-FDS
ROBERT A. FAFARD,              )
        Defendant,             )
_____)
```

## FINAL STATUS REPORT
### July 27, 2005

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1. <u>Trial</u>

Counsel for the parties have requested that this case be returned to Judge Saylor for trial. I have granted that request.

2. <u>Length of Trial</u>

Counsel for the parties estimate from six to seven days.

3. <u>Defenses</u>

Mr. Fafard does not intend to present an insanity, public authority or alibi defense.

4. <u>Discovery</u>

Complete except for expert discovery. Both parties will provide the other party with expert discovery as required by our

Local Rules. If there are any disputes concerning expert discovery, Judge Saylor might consider returning this case to me for the purpose of resolving any problems with expert discovery.

5. <u>Substantive Motions</u>

None anticipated.

6. <u>Interpreter</u>

None needed.

7. <u>Excludable Time</u>

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through July 27, 2005. Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, October 5, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE