UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-40027-FDS

UNITED STATES OF AMERICA

V.

ROBERT FAFARD

## ASSENTED TO MOTION TO MODIFY TERMS AND CONDITIONS OF DEFENDANT'S RELEASE

Now comes the Defendant, Robert Fafard, and hereby moves this honorable court to modify his terms of release to allow him to visit his daughter's house, Millbury, Massachusetts from 12:00 p.m.- 6:00 p.m. on August 14, 2005 to be able to visit with his sister who he has not seen in three years and is arriving from California.

Assistant United States Attorney, David Hennesey has assented to this motion.

/s/ Alan J. Black
Alan J. Black, Esquire
Law Offices of Alan J. Black
1383 Main Street
Springfield, MA  01103
(413) 732-5381
Fax No.: 413-739-0446
BBO # 533768