UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-40027-FDS

UNITED STATES OF AMERICA

V.

ROBERT FAFARD

## MOTION TO CONTINUE

Now comes the Defendant, Robert Fafard, in the above-entitled matter and respectfully requests that the Status scheduled for September 8, 2005 be continued to such a date as is mutually agreeable by all parties. The reasons for this motion are as follows:

1. Attorney for the Defendant began a first-degree murder trial on August 25, 2005 in the case of Commonwealth v. Michael Cobbin in Hampden County Superior Court that is still ongoing and is expected to last until September 9, 2005;

2. Attorney for the plaintiff requests that he be contacted to pick a new date in light of his upcoming trial schedule.

/s/ Alan J. Black
Alan J. Black, Esquire
Law Offices of Alan J. Black
1383 Main Street
Springfield, MA  01103
(413) 732-5381
BBO # 533768

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-40027-FDS

UNITED STATES OF AMERICA

V.

ROBERT FAFARD

**CERTIFICATE OF SERVICE**

    I, Alan J. Black, Esq. do hereby certify that I have served a copy of the foregoing Motion to Continue by electronic filing to Assistant United States Attorney David Hennesy, at the U.S., Attorney's Office, 595 Main Street, Worcester, MA 01608 on this 7th day of September 2005.

/s/Alan J. Black
Alan J. Black, Esq.