**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

| | |
|---|---|
| **UNITED STATES of AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Criminal No.** |
| ) | **04-40027-FDS** |
| **ROBERT A. FAFARD,** ) | |
| ) | |
| **Defendant.** ) | |

---

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

At the status conference on September 15, 2005, counsel for both parties requested additional time to complete expert discovery.  In addition, counsel for defendant advised that his schedule would not permit trial of this matter prior to March 2006.  To accommodate this request, and to allow the parties sufficient time for pretrial preparation, the court set a trial date of March 6, 2006, and a further status conference for November 2, 2005 at 3:00 p.m.

With the assent of counsel for the parties, and because the ends of justice served by granting this request outweigh the interest of the public and the defendant in a speedy trial, the period of time from September 15, 2005, through November 2, 2005, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: September 19, 2005                United States District Judge