UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-40027-FDS

UNITED STATES OF AMERICA

V.

ROBERT FAFARD

### EMERGENCY MOTION TO MODIFY TERMS AND CONDITIONS OF DEFENDANT'S RELEASE

Now comes the Defendant, Robert Fafard, and hereby moves this honorable court to modify his terms of release to allow him to visit his daughter, Maureen Rossow, who just had a baby and is currently at UMASS Memorial Hospital in Worcester, Massachusetts from 12:00 p.m.- 5:30 p.m. on September 28, 2005.

/s/ Alan J. Black

Alan J. Black, Esquire
Law Offices of Alan J. Black
1383 Main Street
Springfield, MA  01103
(413) 732-5381
Fax No.: 413-739-0446
BBO # 533768