

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

October 31, 2005

BY FEDERAL EXPRESS
Alan Black, Esq.
1383 Main Street
Springfield, MA 01103

    Re:  United States v. Robert A. Fafard
          Criminal No. 04-40027-FDS

Dear Mr. Black:

    Pursuant to Fed. R. Crim. P. 16 and Rules 116.1(C) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, the government provides the following discovery:

    Enclosed is a copy of a compact disc containing all non-contraband files exported from Mr. Fafard's computers, including chat logs and the like. If you wish to review files containing contraband, including child pornography, please contact the undersigned at 508 368-0105 to arrange a mutually convenient time to do so.

                        Very truly yours,

                        MICHAEL J. SULLIVAN
                        United States Attorney

           By:  *[signature]*
                David Hennessy
                Assistant U.S. Attorney

Enclosure

cc:  Martin Castles (w/o enclosure)
     Clerk to the Honorable F. Dennis Saylor, IV