UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. |
| ) | 04-40027-FDS |
| ROBERT A. FAFARD ) | |
| Defendant. ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

At the Status Conference on November 2, 2005, the parties informed the Court that certain matters remain unresolved, including the possibility of a superseding indictment and uncompleted expert discovery, but that the case was on track for its present March trial date, which was set to accommodate the schedule of defense counsel. The Court accordingly scheduled a further Status Conference for January 24, 2005 at 3:00 p.m.

With the assent of counsel for the parties, and because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from November 2, 2005, through January 24, 2006, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: November 2, 2005