UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-40027-FDS

UNITED STATES OF AMERICA

V.

ROBERT FAFARD

### ASSENTED MOTION TO MODIFY TERMS AND CONDITIONS OF DEFENDANT'S RELEASE

Now comes the Defendant, Robert Fafard, and hereby moves this honorable court to modify his terms of release to allow him to visit his daughter's house in Millbury, MA from 9 a.m.- 4 p.m. on December 25, 2004 to celebrate Christmas with his family.

Assistant United States Attorney, David Hennesey and Chris Wylie with Pretrial Services have assented to this motion.

/s/ Alan J. Black
Alan J. Black, Esquire
Law Offices of Alan J. Black
1383 Main Street
Springfield, MA  01103
(413) 732-5381
Fax No.: 413-739-0446
BBO # 533768