

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*            *United States Courthouse, Suite 9200*
                                            *1 Courthouse Way*
                                            *Boston, Massachusetts 02210*

April 26, 2006

BY FACSIMILE TO 413 739-0446 AND U.S. MAIL
Alan Black, Esq.
1383 Main Street
Springfield, MA 01103

    Re:  United States v. Robert A. Fafard
         Criminal No. 04-40027-FDS

Dear Mr. Black:

    Pursuant to Fed. R. Crim. P. 16 and Rules 116.1(C) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, the government provides the following additional automatic discovery in the above-referenced case:

    Rule 16 Materials

    The government expects to call during its case-in-chief Dr. Lisa Pavlovic, a medical doctor and consultant to the UMASS Memorial Hospital, Child Protection Unit. Dr. Pavlovic will provide expert testimony. She is expected to testify that based upon anatomical information and detail in photographs, children captured in photographs Fafard sent to the undercover in Ohio or otherwise possessed are real children. These images include files named "Sex+1.jpg" and "Bef1.jpg." A copy of Dr. Pavlovic's *cv* is enclosed. An FBI 302 reporting the substance of Dr. Pavlovic's findings and information regarding Dr. Pavlovic's fees will be provided to you.

  Please call the undersigned at 508 368-0105, if you have questions.

          Very truly yours,

          MICHAEL J. SULLIVAN
          United States Attorney

       By: /s/David Hennessy
         David Hennessy
         Assistant U.S. Attorney

Enclosure

cc: Martin Castles (w/o enclosures)
   Clerk to the Honorable F. Dennis Saylor, IV