UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-40027-FDS

UNITED STATES OF AMERICA

V.

ROBERT FAFARD

### ASSENTED TO MOTION TO CONTINUE

    Now comes the Defendant, Robert Fafard, in the above-entitled matter and respectfully requests that the status in the above-entitled matter be continue from April 28, 2006 to May 4, 2006 at 3:00 p.m.  The reasons for this motion are as follows:

1. Attorney for the Defendant is scheduled to be in Springfield Federal Court for a sentencing at 3:00 p.m. in the case of USA v. Aleksey Safanov and will be unavailable for a status in the above-entitled matter at that time.

United States Attorney David Hennessey has assented to this motion.

/s/ Alan J. Black
Alan J. Black, Esquire
Law Offices of Alan J. Black
1383 Main Street
Springfield, MA  01103
(413) 732-5381
BBO # 533768

### CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to David Hennessy, AUSA on this 27th day of April 2006.

/s/ Alan J. Black