

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*     *United States Courthouse, Suite 9200*
                                     *1 Courthouse Way*
                                     *Boston, Massachusetts 02210*

April 27, 2006

BY FACSIMILE TO 413 739-0446 AND U.S. MAIL
Alan Black, Esq.
1383 Main Street
Springfield, MA 01103

    Re:  United States v. Robert A. Fafard
         Criminal No. 04-40027-FDS

Dear Mr. Black:

    Pursuant to Fed. R. Crim. P. 16 and Rules 116.1(C) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, the government provides the following additional automatic discovery in the above-referenced case:

Rule 16 Materials

    Enclosed is an FBI 302 summarizing the substance of statements Dr. Lisa Pavlovic made when examining two computer images (identified in the 302). Dr. Pavlovic charges an expert fee of $250 per hour. Please call the undersigned at 508 368-0105, if you have questions.

                                Very truly yours,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                    By:  /s/David Hennessy
                          David Hennessy
                          Assistant U.S. Attorney

Enclosure

cc:  Martin Castles (w/o enclosure)
    Clerk to the Honorable F. Dennis Saylor, IV