

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*       *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

May 5, 2006

<u>BY FACSIMILE TO 413 739-0446 AND U.S. MAIL</u>
Alan Black, Esq.
1383 Main Street
Springfield, MA 01103

    Re:  <u>United States v. Robert A. Fafard</u>
          <u>Criminal No. 04-40027-FDS</u>

Dear Mr. Black:

    Pursuant to our telephone conversation this morning regarding discovery items you have not been able to locate, I am enclosing copies of the following: the search warrant, search warrant application, and search warrant return with an inventory and receipt.

    You also asked about cassette tapes of recorded conversations. We provided you with 5 audio cassettes as enclosures to the January 11, 2005 discovery letter. I am happy to provide you with new copies if you cannot locate them. Please check the "A" side of the tape. There should be five tapes; the tapes are identified by the date on which they were made, as follows: 5/24/04; 6/3/04; 6/10/04; 7/8/04; and 8/10/04. Let me know which tape(s) you are missing. Note also, that the two June tapes contain only Fafard's voice on a voicemail recording.

    Please call the undersigned at 508 368-0105, if you have questions.

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                    By:  <u>/s/ David Hennessy</u>
                            David Hennessy
                            Assistant U.S. Attorney

Enclosures

cc: Martin Castles (w/o enclosures)
    Clerk to the Honorable F. Dennis Saylor, IV