UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-40027-FDS

UNITED STATES OF AMERICA

V.

ROBERT FAFARD

## MOTION TO CONTINUE SENTENCING HEARING

Now comes the Defendant, Robert Fafard, in the above-entitled matter and respectfully requests that the sentencing hearing in the above-entitled matter be continued from September 7, 2006 to such a date in November that is agreeable to all parties.  The reasons for this motion are as follows:

1.     The Defendant has had several health issues and had attempted to get into his doctors' office in the spring of this year, but was unable to do so because he did not have a Medicaid card and did not have the funds to pay for the appointments.

2.      It took the Defendant approximately four to five weeks to receive his Medicaid card in the mail.

3.     Upon receiving his Medicaid card in the mail the Defendant made an appointment with his doctor.

4.     The Defendant has been diagnosed by his doctor as having high blood pressure and other medical conditions including a tumor on his neck that needs to be surgically removed by a dermatologist.

5.     The Defendant has an appointment scheduled on October 27, 2006 at 10:20 a.m. with a dermatologist to have this tumor surgically removed.

6.     The Defendant was not able to get an appointment with the dermatologist to have the tumor removed prior to October 27, 2006.

7.    The Defendant's medical conditions could be grounds for downward departure. These medical records will be provided to the Government once they are received.


/s/ Alan J. Black
Alan J. Black, Esquire
Law Offices of Alan J. Black
1383 Main Street
Springfield, MA  01103
(413) 732-5381
BBO # 533768


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to David Hennessy, AUSA on this 23rd day of August 2006.

/s/ Alan J. Black