UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL DOCKET NO. |
| | ) | 04-CR-40027-FDS |
| ROBERT FAFARD | ) | |
|     Defendant | ) | |

## NOTICE OF APPEAL

Pursuant to Rules 3 and 4 (a) of the Federal Rules of Appellate Procedure, notice is hereby given that the defendant in the above case being aggrieved by certain opinions, rulings, directions, and judgments of the Court, hereby appeals the following:

1. The sentence that Judge Dennis Saylor Imposed on September 7, 2006.

2. The Constitutional adequacy of the plea colloquy on May 25, 2006.

Respectfully submitted,

THE DEFENDANT

By:   /s/ Alan J. Black
ALAN JAY BLACK
BBO No. 553768
1383 Main Street
Springfield, MA  01103
(413) 732-5381

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to David Hennessy, AUSA on this 20th day of September 2006.

/s/ Alan J. Black