UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 04-40027 |
| ROBERT FAFARD | ) ) ) | |

## DEFENDANT'S MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the Defendant Robert Fafard, and respectfully moves this Honorable Court to allow him to proceed in forma pauperis. The reasons for this motion are as follows:

1. Mr. Fafard has been declared indigent by the Federal District Court.

2. I was CJA appointed to represent Mr. Fafard in this matter.

3. Mr. Fafard is currently incarcerated in the Donald W. Wyatt Dentention Center in Central Falls, RI and has been there since September 8, 2006.

4. We are requesting that the $455 filing fee for the Notice of Appeal be waived for Mr. Fafard in light of the fact that this Honorable Court has already declared him indigent.

Respectfully Submitted
THE DEFENDANT
By his Attorney,

/s/ Alan J. Black
Alan J. Black
BBO # 553768
1383 Main Street
Springfield, MA 01103
(413) 732-5381

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to David Hennessy, AUSA on this 20th day of September 2006.

           /s/ Alan J. Black