UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04CR40027FDS

United States of America

v.

Robert A. Fafard

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:
1-5,7,8,10,11,13-17,20-32,34-39,43,50,52-55,58-59 are the originals.
6,9,12,19,33,40-42,44,46-49,51,56,57,60 are copies and can be discarded after the appeal is complete.
18&45 are SEALED documents.
and contained in Volume(s) 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/20/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 9/21/06.

Sarah A Thornton, Clerk of Court

By:   /s/ Sherry Jones
      Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9-26-6.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _06-2370_

RETURN TO: US DISTRICT COURT
           595 MAIN STREET, SUITE 502
           WORCESTER, MA 01608

O:\Forms\Local\ClerksCertificate-COA.frm- 3/06