*J. Sayler*

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-2370

UNITED STATES,

Appellee,

v.

ROBERT A. FAFARD,

Defendant, Appellant.

Before

Torruella, Lipez and Howard,
<u>Circuit Judges</u>.

JUDGMENT

Entered:  November 28, 2007

We have carefully considered the record in this case, including the briefs of the parties. Assuming <u>arguendo</u> that the defendant is not precluded by his plea agreement waiver from challenging the sentence imposed by the district court, we find that sentence to be reasonable.

<u>Affirmed</u>.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date:  DEC 19 2007

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
          Chief Deputy Clerk.

[cc: Mr. Black, Mr. Hennessy, Mr. Kromm and Ms. Chaitowitz]